**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-6341- SELTZER

UNITED STATES OF AMERICA

vs.

DANIEL JOSEPH TOUIZER,

Defendant.
_____/

FILED BY _____ D.C.

SEP 1 9 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the application, affidavit, warrant, and any resulting order be SEALED until further order of this court, excepting the United States Attorney's Office which may obtain copies of the affidavit, arrest warrant, or other sealed document for purposes of execution, return, or any other necessary cause. At present, targets of this investigation are present in Broward and Miami-Dade Counties. Additionally, there are subjects of the investigation that will not be arrested at the time this arrest warrant is executed. Should knowledge of the facts underlying the application for this warrant become public, the targets and subjects of the investigation may flee their present location, endeavor to avoid arrest, secret proceeds of the crimes, and destroy evidence. This investigation involves civilian witnesses. If the targets and subjects of the investigation become aware of the facts contained in the affidavit supporting the arrest warrant, the safety of these cooperating witnesses may be placed in jeopardy and the criminal investigation will be compromised.

Should the Court require further information, the United States is prepared to respond *in camera*.

Dated:   September 18, 2017.

Respectfully submitted,

BENNJAMIN GREENBERG
ACTINIG UNITED STATES ATTORNEY

BY: _____
Roger Cruz
Assistant United States Attorney
Florida Bar No. 157971
99 Northeast Fourth Street, Suite 400
Miami, Florida 33132
Tel: (305) 961-9207
Fax: (305) 530-7976
E-mail: Roger.Cruz@usdoj.gov