# SEALED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 17-6341- SELTZER

UNITED STATES OF AMERICA

vs.

DANIEL JOSEPH TOUIZER,

Defendant.

_____/

FILED BY _____ D.C.

SEP 1 9 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## SEALED ORDER

The United States of America, having applied to this Court for an Order sealing the ~~arrest~~ *RSS Criminal Complaint*, ~~warrant application~~, affidavit, arrest warrant, and this order, and the Court finding good cause:

IT IS HEREBY ORDERED that the ~~arrest warrant application~~ *RSS Criminal Complaint*, affidavit, arrest warrant, and this order shall be filed under seal until further order of this Court, however, the United States Attorney's Office may obtain copies of the ~~arrest warrant application~~ *RSS Criminal Complaint*, affidavit, and arrest warrant, or other sealed document for purposes of execution, or any other necessary cause.

DONE AND ORDERED in chambers at Broward, Florida, this 19th day of September, 2017.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE