# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
   Plaintiff

vs

DANIEL J. TOUIZER
   Defendant

Case No:17-6341-SELTZER

## ORDER

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a SEALED CRIMINAL COMPLAINT filed in the Southern District of Florida.

UPON ORAL motion of the government in open court that the Complaint be unsealed as to all the defendants, it is hereby ORDERED AND ADJUDGED that the Sealed Criminal Complaint be unsealed as to all parties in this case.

DONE AND ORDERED at Fort Lauderdale, Florida this 20th day of September, 2017.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record