**UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT/ORDER MINUTES****

**U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA ROOM 205-C**

| | |
|---|---|
| DEFT: DANIEL J. TOUIZER (J)# | CASE NO: 17-6341-SELTZER |
| AUSA: R. CRUZ (DUTY T. LINDSEY) | ATTY: Jason Kreiss (Temp?) |
| USPO: | VIOL: 18:USC 1341 |
| PROCEEDING: INITIAL APPEARANCE | RECOMMENDED BOND: |
| BOND/PTD HEARING HELD - yes / no | COUNSEL APPOINTED: |
| BOND SET @: | To be cosigned by: |

- ☐ All standard conditions
- ☐ Do not encumber property.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or_ x's a week/month by phone; _ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Electronic Monitoring:
- ☐ Travel extended to:
- ☐ Other:

Gov't moves to unseal complaint. Order signed. Advised of charges. Atty Jason Kreiss present.
(AUSA to file factual proffer)

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| ~~REPORT RE~~ COUNSEL: | WED OCT 4, 2017 AT 11AM | | | DUTY (VALLE) |
| PTD/BOND ~~HEARING~~: Mon | SEPT 25 AT 10 AM | | BSS | |
| PRELIM/**ARRAIGN** OR REMOVAL: | WEDNESDAY OCTOBER 4 2017 AT 11 AM DUTY (VALLE) | | | |
| STATUS RE DEPOSITION: | | | | |

DATE: 09/20/17   TIME: 11:00 AM   FTL/TAPE/# BSS- Simons {10 MINS}   Begin   DAR:

***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT ****** YES OR NO   DAR: 11:13:18-11:20:54   (10 MINS)

RECALLED: 11:09:59     11:00:51