UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 17-6341-MJ-SELTZER

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

DANIEL TOUIZER,

       Defendant.

_____/

**<u>NOTICE OF TEMPORARY APPEARANCE</u>**

COMES NOW, JASON W. KREISS, Esquire, hereby and files this temporary appearance as counsel for the above named defendant.   This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal bond which may be set.

I HEREBY CERTIFY**,** that a true and correct copy of the foregoing was electronically filed through the CM/ECF system to all parties of record, on this 22nd day of September 2017.

Respectfully submitted,

*/s/ Jason W. Kreiss*
Jason W. Kreiss, Esq.
Attorney for Defendant
Florida Bar No.: 0087912

The Kreiss Law Firm
1824 S.E. 4th Ave.
Ft. Lauderdale, FL 33316
Tel: 954-525-971
Fax: 954-525-1978
jwk@kreisslaw.com