UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO: 17-6341-SELTZER

UNITED STATES OF AMERICA

vs.

DANIEL TOUIZER

### WAIVER OF TIMELY PRELIMINARY EXAMINATION

The defendant having been advised of the right to a timely preliminary hearing or examination as to the probable cause, and the defendant having waived a timely preliminary examination,

The defendant now signs this Waiver of Timely Preliminary Examination.

DATED: 09/25/17

_____
Defendant

### MAGISTRATE'S CERTIFICATE

The U. S. Magistrate Judge certifies that the defendant, after being advised of the right to a preliminary examination within 14 days from the defendant's initial appearance has stated he/she waived such timely preliminary examination and signed the foregoing Waiver of Timely Preliminary Examination.

IT IS ORDERED that a timely preliminary examination in the above-entitled matter is waived, and the Pretrial Examination is rescheduled for WEDNESDAY OCTOBER 25TH, 2017 AT 11:00 AM before Duty Magistrate Judge (HUNT) in Fort Lauderdale, Florida.

DATED: 09/25/17

_____
BARRY S. SELTZER
U.S. MAGISTRATE JUDGE

CC: All Counsel of Record