UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT/ORDER MINUTES**

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA ROOM 205-C

DEFT: DANIEL J. TOUIZER (J)#16560-104    CASE NO: 17-6341-SELTZER

AUSA: R. CRUZ (DUTY A. WHITE)    ATTY: JASON KREISS

USPO:    VIOL: 18:USC 1341,1343

PROCEEDING: PRETRIAL DETENTION HEARING    RECOMMENDED BOND:

BOND/PTD HEARING HELD - **yes** / no    COUNSEL APPOINTED:

BOND SET @:    To be cosigned by:

- ❏ All standard conditions
- ❏ Do not encumber property.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or_ x's a week/month by phone; _ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Electronic Monitoring:
- ❏ Travel extended to:
- ❏ Other:

**DEFENDANT PRESENT IN COURT WITH COUNSEL CHRISTOPHER BRUNO APPEARING PRO HAC VICE (MOTION NOT FILED ELECTRONICALLY YET) WILL BE FILED AFTER HEARING. COURT ALLOWS ATTY BRUNO TO APPEAR AND PROCEED WITH *HEARING* GOVERNMENT ADOPTS CRIMINAL AFFIDAVIT AND ADDITIONAL MEMORANDUM AS FACTUAL PROFFER (ECF 7) DEFENSE COUNSEL DOES NOT WISH TO CROSS-EXAMINED GOVERNMENT'S AGENT. COURT ORDERS DEFENDANT DETAINED PENDING TRIAL. REMANDED TO CUSTODY OF U.S. MARSHALS. ORDER TO FOLLOW.**

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | 10/25/17 AT 11 DUTY | DEFENDANT WAIVED PRELIM/EXAM HEARING | | |
| PTD/BOND HEARING: | | SIGNED WAIVER. TIME FROM TODAY THRU 10/25/17 | | |
| PRELIM/ARRAIGN OR REMOVAL: | 10/25/17 AT 11 DUTY | IS EXCLUDED AS COMPUTED UNDER SPEEDY TRIAL ACT | | |
| STATUS RE DEPOSITION: | | | | |

DATE: 09/25/17    TIME: 10:00 AM    FTL/TAPE/# BSS-    Begin DAR:

[1 HOUR AND 20 MINS]
***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT ***** YES OR NO   DAR: 10;03:43-11:11:22-11:13:45