UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 17-06341-MJ-SELTZER

UNITED STATES OF AMERICA,
                        Plaintiff,
vs.

DANIEL TOUIZER,
                        Defendant.
_____/

**ORDER**
GRANTED: ☒   DENIED: ☐
COMMENTS: _GRANTED_

_____
U.S. MAGISTRATE JUDGE BARRY S. SELTZER
DATE: Sept. 29, 2017

## UNOPPOSED JOINT MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW Jason W. Kreiss, Esq., and Christopher Bruno, Esq., counsel for defendant Daniel Touizer, and hereby request that this Honorable Court enter an order permitting counsel to withdraw as attorneys of record in this matter. Undersigned counsel states the following grounds for the relief sought herein:

1.      Defendant Touizer had his first appearance in the SDFL on September 20, 2017. Undersigned counsel appeared on the defendant's behalf and entered a temporary notice of appearance.

2.      On September 25, 2017, prior to commencement of the pretrial detention hearing, Christopher Bruno, petitioned the Court to appear pro hac vice in this matter. It was represented to the Court that undersigned counsel would serve as local counsel for Attorney Bruno in compliance with the local rules.

3.      At the conclusion of the detention hearing, the Court inquired about the status counsels' appearance in this matter. Mr. Bruno indicated that he would

1

be filing a permanent notice of appearance and undersigned counsel indicated

that he would be filing a permanent appearance as "local counsel only".

4.      Defendant Touizer has since terminated undersigned counsel's and

Christopher Bruno's representation in this matter.

5.      Defendant Touizer has engaged attorneys Michael J. Entin and

Jonathan S. Friedman, who have both filed temporary notices to appear in this

matter. (See DE 12 & DE 13).

6.      Pursuant to local Rule 88.9, under signed counsel has conferred with

AUSA Roger Cruz who indicated that the government does not oppose this

motion.

7.      This request is made in good faith and will further the interest of

justice.

WHEREFORE, undersigned counsel and Christopher Bruno,

respectfully request that this Honorable Court grant this motion and enter an

order granting counsels' request to withdraw as attorneys of record.

Respectfully submitted,

*/s/ Jason W. Kreiss*
Jason W. Kreiss, Esq.
Attorney for Defendant
Florida Bar No.: 0087912

The Kreiss Law Firm
1824 S.E. 4th Avenue
Ft. Lauderdale, FL 33316
Phone: 954-525-1971
jwk@kreisslaw.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of September, 2017, a copy of the foregoing motion was sent via email through the CM/ECF system to all parties of record.

_/s/ Jason W. Kreiss_
Jason W. Kreiss, Esq.